Case 5:06-cv-00980-SGL-OP   Document 26   Filed 05/17/07   Page 1 of 6

```
 1  Gary A. Wolensky (#154041)
    Ellen L. Darling (#149627)
 2  Ryan P. Ruggerello (#216633)
    SNELL & WILMER L.L.P.
 3  600 Anton Boulevard, Suite 1400
    Costa Mesa, California 92626-7689
 4  Telephone: (714) 427-7000
    Facsimile: (714) 427-7799
 5  GWolensky@swlaw.com
    Attorneys for Defendant
 6  HARLEY-DAVIDSON MOTOR COMPANY
    GROUP, INC. (erroneously sued herein as
 7  Harley-Davidson, Inc. and Harley-Davidson
    Motor Cycles)
 8
 9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                      EASTERN DIVISION
12
13  KAYLA ARELLANO, a minor, and        CASE NO. EDCV 07-00185-SGL (Opx)
    JUSTIN ARELLANO, a minor, by
14  and through their Guardian Ad Litem, STIPULATION AND ORDER TO
    PAULA HAHN,                          CONSOLIDATE CASE NO. EDCV 07-
15                                       00185-SGL (Opx) WITH CASE NO.
                                         EDCV 06-00980-SGL (Opx)
16              Plaintiffs,
17  vs.
18  HARLEY-DAVIDSON, INC.;
    HARLEY-DAVIDSON MOTOR
19  CYCLES; and DOES 1 through 100,
    inclusive,
20
                Defendants.
21
22       The parties to Case No. EDCV 07-00185-SGL (Opx) and Case No. EDCV 06-
23  00980-SGL (Opx), by and through their counsel of record, hereby stipulate and agree to
24  the following:
25       1.    Case No. EDCV 07-00185-SGL (Opx) should be consolidated with Case
26  No. EDCV 06-00980-SGL (Opx). Both of these wrongful death / product liability cases
27  arise out of the same motorcycle accident, are brought by the alleged heirs of the decedent
28  and assert the same causes of action and theories against Harley-Davidson Motor
```

527981

STIPULATION AND ORDER TO CONSOLIDATE CASES



1  Company Group, Inc.
2     2. The June 4, 2007, Scheduling Conference in Case No. EDCV 07-00185-
3  SGL (Opx) should be vacated. A Scheduling Conference has already been held in Case
4  No. EDCV 06-00980-SGL (Opx). All the parties to Case No. EDCV 07-00185-SGL
5  (Opx) participated in that Scheduling Conference.
6     3. The dates in the Joint Scheduling Conference Report and the Schedule of
7  Pretrial and Trial dates for Case No. EDCV 06-00980-SGL (Opx) should be controlling in
8  Case No. EDCV 07-00185-SGL (Opx).

Dated: May __, 2007                    VEATCH CARLSON

By: _____
Robert T. Mackey, Esq.
Attorneys for Plaintiffs
KAYLA ARELLANO, a minor, and
JUSTIN ARELLANO, a minor, by and
through their Guardian Ad Litem,
PAULA HAHN

Dated: May __, 2007                    YUHL RHAMES & ATKINSON LLP

By: _____
Michael R. Rhames, Esq.
Attorneys for Plaintiff
ROBIN ARELLANO

Dated: May 16, 2007                   SNELL & WILMER L.L.P.

By: _____
Ryan P. Ruggerello
Attorneys for Defendant
HARLEY-DAVIDSON MOTOR
COMPANY GROUP, INC. (erroneously
sued herein as Harley-Davidson, Inc. and
Harley-Davidson Motor Cycles)

1 | Company Group, Inc.

2 |     2.    The June 4, 2007, Scheduling Conference in Case No. EDCV 07-00185-SGL (Opx) should be vacated. A Scheduling Conference has already been held in Case No. EDCV 06-00980-SGL (Opx). All the parties to Case No. EDCV 07-00185-SGL (Opx) participated in that Scheduling Conference.

    3.    The dates in the Joint Scheduling Conference Report and the Schedule of Pretrial and Trial dates for Case No. EDCV 06-00980-SGL (Opx) should be controlling in Case No. EDCV 07-00185-SGL (Opx).

Dated: May __, 2007                             VEATCH CARLSON

                                                By: _____
                                                Robert T. Mackey, Esq.
                                                Attorneys for Plaintiffs
                                                KAYLA ARELLANO, a minor, and
                                                JUSTIN ARELLANO, a minor, by and
                                                through their Guardian Ad Litem,
                                                PAULA HAHN

Dated: May 16, 2007                             YUHL RHAMES & ATKINSON LLP

                                                By: _____
                                                Michael R. Rhames, Esq.
                                                Attorneys for Plaintiff
                                                ROBIN ARELLANO

Dated: May 16, 2007                             SNELL & WILMER L.L.P.

                                                By: _____
                                                Ryan P. Ruggerello
                                                Attorneys for Defendant
                                                HARLEY-DAVIDSON MOTOR
                                                COMPANY GROUP, INC. (erroneously
                                                sued herein as Harley-Davidson, Inc. and
                                                Harley-Davidson Motor Cycles)

527981                                          -2-
STIPULATION AND ORDER TO CONSOLIDATE CASES

# ORDER

Having considered the foregoing Stipulation,

1. Case No. EDCV 07-00185-SGL (Opx) shall be consolidated with Case No. EDCV 06-00980-SGL (Opx).

2. The June 4, 2007, Scheduling Conference in Case No. EDCV 07-00185-SGL (Opx) shall be vacated.

3. The dates in the Joint Scheduling Conference Report and the Schedule of Pretrial and Trial dates for Case No. EDCV 06-00980-SGL (Opx) shall be controlling in Case No. EDCV 07-00185-SGL (Opx).

**IT IS SO ORDERED.**

Dated: May 17, 2007

_____
JUDGE OF THE DISTRICT COURT

527981

- 3 -

STIPULATION AND ORDER TO CONSOLIDATE CASES

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689

On May 17, 2007, I served, in the manner indicated below, the foregoing document described as: **STIPULATION AND ORDER TO CONSOLIDATE CASE NO. EDCV 07-00185-SGL (Opx) WITH CASE NO. EDCV 0-6-00980-SGL (Opx),** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

See Attached Service List

☑ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)).

☐ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 17, 2007, at Costa Mesa, California.

Liz C. Roberts

491687

- 2 -

Proof of Service

# SERVICE LIST

*Arellano. v. Harley-Davidson, et al.*

| Michael R. Rhames, Esq.<br>**YUHL RHAMES & ATKINSON LLP**<br>401 Wilshire Blvd.,<br>Suite 1070<br>Santa Monica, CA 90401<br>(310) 393-0045<br>(310) 393-9869 (F)<br>Attorneys for Plaintiff, Robin Arellano | Douglas Stuart Fabian, Esq.<br>**VEATCH CARLSON**<br>700 South Flower Street,<br>Suite 2200<br>Los Angeles, CA 90017<br>(213) 381-2861<br>(213) 383-6370 (F)<br>Attorneys for Kayla Arellano and Justin Arellano |

- 3 -

491687

Proof of Service