LODGED

2007 NOV -7 PM 2:36

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ROBIN ARELLANO,<br><br>  Plaintiff,<br><br>vs.<br><br>HARLEY-DAVIDSON, INC.;<br>HARLEY-DAVIDSON MOTOR<br>CYCLES; KAYLA ARELLANO a<br>minor, and JUSTIN ARELLANO, a<br>minor; and DOES 1 through 100,<br>inclusive,<br><br>  Defendants. | CASE NO. ED CV 06-00980 SGL (OPx)<br><br>[~~Proposed~~] **JUDGMENT ON HARLEY-DAVIDSON MOTOR COMPANY GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT** |

This Court, having granted summary judgment for defendant Harley-Davidson Motor Company Group, Inc. (erroneously sued herein as Harley-Davidson, Inc. and Harley-Davidson Motor Cycles) ("Harley-Davidson") and having ordered entry of judgment as requested in the motion:

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff ~~Kevin Lang~~ Robin Arellano and Plaintiffs Kayla and Justin Arellano take nothing against defendant Harley-Davidson Motor Company Group, Inc., that the action be dismissed on the merits, and that defendant Harley-Davidson Motor Company Group, Inc. shall recover its

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1 | costs.

**IT IS SO ORDERED.**

Dated: 11 - 28, 2007

_____
Stephen G. Larson
Judge of the United States District Court

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689

On November 7, 2007, I served, in the manner indicated below, the foregoing document described as [Proposed] **JUDGMENT ON HARLEY-DAVIDSON MOTOR COMPANY GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

See Attached Service List

[x] **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

According to Service List

[ ] **BY FACSIMILE:** (C.C.P. § 1013(e)(f)).

[ ] **BY FEDERAL EXPRESS:** I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ] **BY PERSONAL SERVICE:** I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

According to Service List

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 7, 2007, at Costa Mesa, California.

*Anh Dufour*

# SERVICE LIST

*Arellano. v. Harley-Davidson, et al.*

| | |
|---|---|
| Michael R. Rhames, Esq.<br>**YUHL RHAMES & ATKINSON LLP**<br>401 Wilshire Blvd.,<br>Suite 1070<br>Santa Monica, CA 90401 | **Attorneys for Plaintiff, Robin Arellano**<br><br>(310) 393-0045<br>(310) 393-9869 (F) |
| Douglas Stuart Fabian, Esq.<br>**VEATCH CARLSON**<br>700 South Flower Street,<br>Suite 2200<br>Los Angeles, CA 90017 | **Attorneys for Kayla Arellano and Justin Arellano**<br><br>(213) 381-2861<br>(213) 383-6370 (F) |
| Catherine A. Faught<br>**QUARLES & BRADY LLP**<br>411 East Wisconsin Avenue<br>Suite 2040<br>Milwaukee, Wisconsin 53202 | **Co-Counsel for Harley-Davidson, Inc. and Harley-Davidson Motor Cycles**<br><br>(414) 277-5379<br>(414) 978-8645 (F) |